IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YUSEF AMIN THRASH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:17-CV-005-WHA |
| DENNIS MEEKS, et al., | ) (wo) |
| Defendants. | ) |

**ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge entered on May 3, 2017 (Doc. #23). There being no timely objection to the Recommendation, and after a review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice pursuant to the directives of 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Covington County Jail prior to initiating this cause of action.

3. No costs be taxed herein.

Final Judgment will be separately entered in accordance with this order.

DONE this 23rd day of May, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE